1016

## MARYLAND CASUALTY COMPANY v. LINCOLN BANK & TRUST COMPANY.
### No. 7766.

Circuit Court of Appeals, Sixth Circuit.
April 4, 1939.

Attkisson & Attkisson, of Louisville, Ky., for appellant.

Humphrey & Taylor and Steinfeld & Steinfeld, all of Louisville, Ky., for appellee.

Before HICKS, SIMONS and ALLEN, Circuit Judges.

PER CURIAM.

This case was heard upon the record and briefs, whereupon, it is ordered and adjudged that the decree of March 23, 1937, dismissing appellant's amended bill and herein appealed from, be and the same is reversed upon the authority of Martin v. National Surety Co., 300 U.S. 588, 57 S.Ct. 531, 81 L.Ed. 822, decided after the entry of the decree in the District Court, and the case is remanded to the Disrtict Court for further proceedings consistent herewith.

## The MATHEWS COMPANY, v. Harry R. THOMAS et al.
## Harry R. THOMAS et al. v. The MATHEWS COMPANY.
### Nos. 8248–8249.

Circuit Court of Appeals, Sixth Circuit.
April 12, 1939.

Clark, Klein, Brucker & Waples and Joslyn, Joslyn & Joslyn, all of Detroit, Mich., for appellant and cross-appellee.

Felix F. Silver, of Detroit, Mich., for appellees and cross-appellants.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel, it is ordered that the appeal and cross-appeal in the above cases be and the same are hereby dismissed.

## Jennie C. MILNE, Administratrix of the Estate of George Milne, Deceased, v. STATE BANK OF WHEATLAND, a Corporation.
### No. 1896.

Circuit Court of Appeals, Tenth Circuit.
May 23, 1939.

Albert D. Walton, of Cheyenne, Wy., for appellant.

M. A. Kline, of Cheyenne, Wy., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

## J. W. (Jim) MORROW, v. UNITED STATES of America.
### No. 8050.

Circuit Court of Appeals, Sixth Circuit.
April 12, 1939.

McLane & Taylor, of Nashville, Tenn., for appellant.

Horace Frierson, Jr., U. S. Atty., of Nashville, Tenn.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed, pursuant to motion of appellee.